**EXHIBIT 2:** INFRINGEMENT
URL: https://twitter.com/iamcardib/status/1381678868398964739/photo/3

